## (December 27, 1963) *

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LISBON BROWNING, Appellant.— On this application to vacate our prior decision dismissing the appeal the allegations made by petitioner that he was prevented from serving the necessary papers on appeal in time are referred to the Clinton Special Term of the Supreme Court for inquiry and report. Decision upon this application is withheld until the return of such report. [See *People* v. *Browning*, 20 A D 2d 853, 21 A D 2d 700.] Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.

## FIRST DEPARTMENT, APRIL, 1964

## (April 2, 1964)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DOMINGO COLON, Appellant.— Judgment of the Court of General Sessions, New York County, rendered on December 11, 1961, convicting defendant after trial before a jury of two counts of feloniously selling a narcotic drug and sentencing him to serve a minimum of 7½ years and a maximum of 10 years in State prison on each of said counts, the sentences to run consecutively, unanimously modified, on the facts, the law and in the exercise of discretion to the extent that the sentences will run concurrently instead of consecutively, and the judgment is otherwise affirmed. Some of the questions addressed to witnesses by the Trial Judge and some of the observations he made, while motivated by an evident desire to enlighten the jury and not to prejudice the defendant, were unfortunate and unnecessary; but they could not substantially have affected the outcome of the trial. The sentence imposed, however, was excessive, inasmuch as the evidence upon the trial and a reading of the probation report indicate that defendant was a small-scale seller of narcotics and that he had no previous record of arrest or conviction upon a narcotics charge. Concur — Botein, P. J., Breitel, McNally, Stevens and Steuer, JJ.